

**EXHIBIT B** — OUTSIDE LEGAL COUNSEL PLC — www.olcplc.com

## schmidtmsteven



**schmidtmsteven**

Follow

**Steven Schmidt**
Biology teacher at Freeland High School
1 Loving Wife #lovers married in 2016
Father of 2 beautiful twins #blessed and one 1 girl #growingup

| 11 posts | 18 followers | 22 following |

schmidtmsteven • Follow





**2 likes**

**schmidtmsteven** Watch out guys, I am concerned for everyone's safety!

1 DAY AGO



**schmidtmsteven**



7 likes

**schmidtmsteven** I could beat up @_treyanderson__ and anyone else in @elite_edge and then curb stomp his cat. #gains @peta



**3 likes**

**schmidtmsteven** Best sex in a Pet Smart #big #throbbing #14inches #raw

4 HOURS AGO

< Messages 11:02 AM 94%

**May 12**
11:24 AM

**schmidtmsteven** Best sex in a Pet Smart #big #throbbing #14inches #raw

10h

**off_dapoop** Bro ok this gotta chill it getting out of hand

2h   Reply



12 views

**schmidtmsteven** Might have to cheat on my wife 😉 😏 #big #14inches

5 HOURS AGO



5:57

**schmidtmsteven**



3 likes

**schmidtmsteven** Glad this sicko is out of our school #assult #Blessed

1 DAY AGO



**schmidtmsteven** Happy 3rd Anniversary to my beautiful wife! #loving #anniversary #STDs

5 HOURS AGO