**Instagram Business Record**

EXHIBIT E — OUTSIDE LEGAL COUNSEL PLC — www.olcplc.com

| | |
|---|---|
| Service | Instagram |
| Target | 13512947692 |
| Account Identifier | schmidtmsteven |
| Account Type | InstagramUser |
| Generated | 2019-05-13 14:36:28 UTC |
| Date Range | 2019-05-11 00:00:00 UTC to 2019-05-13 23:59:59 UTC |
| NCMEC CyberTip Numbers | No responsive records located |

**Name** First Abdul Rashid

**Registered Email Addresses** ▇▇▇▇@gmail.com

**Vanity Name** abdulrash4929494

**Registration Date** 2019-05-11 04:22:55 UTC (EST-Time Zone - Saturday, May 11, 2019 @ 12:22am)

**Registration Ip** 2600:6c48:767f:ef5a:e02d:6892:60f4:b819   H.K.'s IP Address

**Account Closure Date**   **Account Still Active** true

**Phone Numbers** No responsive records located

**Ip Addresses**

| | |
|---|---|
| IP Address | 2607:fb90:8843:7c33:9b68:6404:afff:0fca |
| Time | 2019-05-13 04:02:41 UTC (Monday, May 13, 019 @ 12:22am) |
| IP Address | 2607:fb90:8843:7c33:9b68:6404:afff:0fca |
| Time | 2019-05-13 03:34:10 UTC (Sunday, May 12, 2019 @ 11:34pm) |
| IP Address | 2600:6c48:767f:ef5a:8d48:4b19:e51e:e5c4 |
| Time | 2019-05-12 18:20:54 UTC Sunday, May 12, 2019 @ 2:20pm |
| IP Address | 2600:6c48:767f:ef5a:8d48:4b19:e51e:e5c4 |
| Time | 2019-05-12 18:20:39 UTC Sunday, May 12, 2019 @ 2:20pm |
| IP Address | 2600:6c48:767f:ef5a:8d48:4b19:e51e:e5c4 |
| Time | 2019-05-12 18:18:30 UTC Sunday, May 12, 2019 @ 2:18pm |
| IP Address | 2600:6c48:767f:ef5a:8d48:4b19:e51e:e5c4 |
| Time | 2019-05-12 18:18:16 UTC Sunday, May 12, 2019 @ 2:18pm |
| IP Address | 2600:6c48:767f:ef5a:8d48:4b19:e51e:e5c4 |
| Time | 2019-05-12 18:17:36 UTC Sunday, May 12, 2019 @ 2:17pm |

**IP Address** 2600:6c48:767f:ef5a:8d48:4b19:e51e:e5c4
**Time** 2019-05-12 18:17:35 UTC (Sunday, May 12, 2019 @ 2:17pm)

**IP Address** 2600:6c48:767f:ef5a:8d48:4b19:e51e:e5c4
**Time** 2019-05-12 18:17:26 UTC (Sunday, May 12, 2019 @ 2:17pm)

**IP Address** 2600:6c48:767f:ef5a:8d48:4b19:e51e:e5c4
**Time** 2019-05-12 18:15:57 UTC (Sunday, May 12, 2019 @ 2:15pm)

**IP Address** 47.33.253.17
**Time** 2019-05-12 05:11:41 UTC (Sunday, May 12, 2019 @ 1:11am)

**IP Address** 47.33.253.17
**Time** 2019-05-12 05:11:17 UTC (Sunday, May 12, 2019 @ 1:11am)

**IP Address** 2607:fb90:8834:43f6:9e78:1b51:67fa:faa1
**Time** 2019-05-12 05:10:03 UTC (Sunday, May 12, 2019 @ 1:10am)

**IP Address** 47.33.253.17
**Time** 2019-05-12 05:02:43 UTC (Sunday, May 12, 2019 @ 1:02am)

**IP Address** 2607:fb90:8834:43f6:9e78:1b51:67fa:faa1
**Time** 2019-05-12 04:59:52 UTC (Sunday, May 12, 2019 @ 12:59am)

**IP Address** 47.33.253.17
**Time** 2019-05-12 04:28:57 UTC (Sunday, May 12, 2019 @ 12:59am)

**IP Address** 47.33.253.17
**Time** 2019-05-12 04:25:12 UTC (Sunday, May 12, 2019 @ 12:25am)

**IP Address** 47.33.253.17
**Time** 2019-05-12 04:23:22 UTC (Sunday, May 12, 2019 @ 12:23am)

**IP Address** 47.33.253.17
**Time** 2019-05-12 04:19:58 UTC (Sunday, May 12, 2019 @ 12:19am)

**IP Address** 47.33.253.17
**Time** 2019-05-12 04:17:15 UTC (Sunday, May 12, 2019 @ 12:17am)

**IP Address** 47.33.253.17
**Time** 2019-05-12 04:09:58 UTC (Sunday May 12, 2019 @ 12:09am)

**IP Address** 2600:6c48:767f:ef5a:8d48:4b19:e51e:e5c4
**Time** 2019-05-12 04:09:56 UTC (Sunday, May 12, 2019 @ 12:09am)

**IP Address** 47.33.253.17
**Time** 2019-05-12 04:09:47 UTC (Sunday, May 12, 2019 @ 12:09am)

**IP Address** 47.33.253.17
**Time** 2019-05-12 04:08:07 UTC (Sunday, May 12, 2019 @ 12:08am)

**IP Address** 2600:6c48:767f:ef5a:e02d:6892:60f4:b819
**Time** 2019-05-11 16:49:03 UTC (Saturday, May 11, 2019 @ 12:49pm)

**IP Address** 2600:6c48:767f:ef5a:e02d:6892:60f4:b819
**Time** 2019-05-11 05:38:33 UTC (Saturday, May 11, 2019 @ 1:38am)

**IP Address** 47.33.253.17

**Time** 2019-05-11 05:08:03 UTC (Saturday, May 11, 2019 @ 1:08am)

**IP Address** 47.33.253.17
**Time** 2019-05-11 05:07:43 UTC (Saturday, May 11, 2019 @ 1:07am)

**IP Address** 47.33.253.17
**Time** 2019-05-11 05:02:15 UTC (Saturday, May 11, 2019 @ 1:02am)

**IP Address** 2600:6c48:767f:ef5a:e02d:6892:60f4:b819
**Time** 2019-05-11 04:52:39 UTC (Saturday, May 11, 2019 @ 12:52am)

**IP Address** 47.33.253.17
**Time** 2019-05-11 04:51:33 UTC (Saturday, May 11, 2019 @ 12:51am)

**IP Address** 47.33.253.17
**Time** 2019-05-11 04:49:03 UTC (Saturday, May 11, 2019 @ 12:49am)

**IP Address** 47.33.253.17
**Time** 2019-05-11 04:47:58 UTC (Saturday, May 11, 2019 @ 12:47am)

**IP Address** 47.33.253.17
**Time** 2019-05-11 04:47:33 UTC (Saturday, May 11, 2019 @ 12:14am)

**IP Address** 47.33.253.17
**Time** 2019-05-11 04:43:59 UTC (Saturday, May 11, 2019 @ 12:43am)

**IP Address** 47.33.253.17
**Time** 2019-05-11 04:42:07 UTC (Saturday, May 11, 2019 @ 12:42am)

**IP Address** 47.33.253.17
**Time** 2019-05-11 04:37:51 UTC (Saturday, May 11, 2019 @ 12:37am)

**IP Address** 47.33.253.17
**Time** 2019-05-11 04:35:52 UTC (Saturday, May 11, 2019 @ 12:35am)

**IP Address** 2600:6c48:767f:ef5a:e02d:6892:60f4:b819
**Time** 2019-05-11 04:34:29 UTC (Saturday, May 11, 2019 @ 12:34am)

**IP Address** 2600:6c48:767f:ef5a:e02d:6892:60f4:b819
**Time** 2019-05-11 04:29:34 UTC (Saturday, May 11, 2019 @ 12:29am)

**IP Address** 2600:6c48:767f:ef5a:e02d:6892:60f4:b819
**Time** 2019-05-11 04:29:27 UTC (Saturday, May 11, 2019 @ 12:29am)

**IP Address** 2600:6c48:767f:ef5a:e02d:6892:60f4:b819
**Time** 2019-05-11 04:26:46 UTC (Saturday, May 11, 2019 @ 12:26am)

**IP Address** 2600:6c48:767f:ef5a:e02d:6892:60f4:b819
**Time** 2019-05-11 04:24:47 UTC (Saturday, May 11, 2019 @ 12:24am)

**IP Address** 2600:6c48:767f:ef5a:e02d:6892:60f4:b819
**Time** 2019-05-11 04:24:42 UTC (Saturday, May 11, 2019 @ 12:24am)

**IP Address** 2600:6c48:767f:ef5a:e02d:6892:60f4:b819
**Time** 2019-05-11 04:22:57 UTC (Saturday, May 11, 2019 @ 12:22am)

**IP Address** 2600:6c48:767f:ef5a:e02d:6892:60f4:b819
**Time** 2019-05-11 04:22:56 UTC (Saturday, May 11, 2019 @ 12:22am)