EXHIBIT G
OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com



# Freeland Community School District

Matthew A. Cairy, Superintendent
www.freelandschools.net

Phone (989) 695-5527
Fax (989) 695-5789

710 Powley Drive
Freeland, MI 48623-8106

August 6, 2019

Jason and Amber Kutchinski

Freeland, MI 48623

Philip Ellison, Outside Legal Counsel
PO Box 107
Hemlock, MI 48626

Dear Jason & Amber:

This letter is to formally communicate with you that H█████ K█████ has received a ten (10) day suspension for his actions on May 11-13, 2019, including: gross misbehavior for his posting a fake Instagram account impersonating a teacher (under an assumed name), posting to that account as the teacher, and sharing the username and password with other students. The findings of fact listed above are based on stipulations of fact made at solely for the purpose of this hearing.

The suspension will be for ten (10) days, with twenty-three (23) days served, beginning on May 14, 2019, and concluding on June 14, 2019, due to the adjournment of the hearing.

Additionally, please realize that H█████ will be held to an extremely limited level of tolerance regarding any instances of misuse of technology or social media in the future.

Please let us know if you have any questions, or if we can assist in any way. I can be contacted at 989.695.5527 or at cairym@freelandschools.net.

Respectfully,

Matthew A. Cairy, Superintendent
Freeland Community School District

cc: Traci Smith, FHS Principal