# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

JASON KUTCHINSKI,
as parent and next friend to H.K.,
a minor,
    Plaintiff,

    v.

FREELAND COMMUNITY
SCHOOL DISTRICT,

MATTHEW A. CAIRY,
in his official and individual capacity,

    and

TRACI L. SMITH,
in her official and individual capacity,
    Defendants
_____/

Case No.: 19-13810
Honorable Judith Levy

**REPLY**

OUTSIDE LEGAL COUNSEL PLC
PHILIP L. ELLISON (P74117)
Attorney for Plaintiff
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com

MATTHEW E. GRONDA (P73693)
Counsel for Plaintiff
PO Box 70
St. Charles, MI 48655
(989) 249-0350
matt@matthewgronda.com

O'NEILL, WALLACE & DOYLE, PC
GREGORY W. MAIR (P67465)
Attorney for Defendants
300 St. Andrews Road, Suite 302
Saginaw, Michigan 48638
(989) 790-0960
gregmair@owdpc.com

---

**REPLY**

1

The argument that Defendants cannot release information without a subpoena or court order is not an unreasonable reading. Plaintiffs' counsel offered to enter a pro forma order work around that barrier. However, Defendants' actually want *more* than mere compliance with FERPA—they want a greater protective order which deems the needed information as part of "Confidential Documents" with some vague notion of contempt for violating that undefined label of confidentiality. FERPA does not require that; Plaintiff is not willing to be voluntarily hamstrung from presenting likely key evidence. Frankly, the information being sought is not objectively private or confidential anyways. E.g. **ECF No. 31-2, ¶3** (seeking student witnesses' names together with their respective parent's full name, address, and telephone number). FERPA is regularly commented by legal scholars as being an abused law. Frank D. Lomonte, *Student Privacy Laws Have Been Distorted (And That's a Problem)*, EDU WEEK, Mar 16, 2018, *available at* https://bit.ly/3spvUuz. FERPA is self-interestedly invoked when schools want to preclude providing information which is adverse to the institution and not really a student privacy issue. **ECF No. 31-2, ¶3** (asserting FERPA protects the names of students and their parents who are needed witnesses to this case). Yet, they regularly publish publicly the same information when it is self-congratulatory. E.g.

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

https://twitter.com/FCSD/status/1459253287908163588 (identifying student and parents).

The needed solution here is simple. Enter Plaintiff's proposed order and leave the concerns for privacy redactions to the future date if the information is later needed to be submitted on the Court's docket. See e.g. FRCP 5.2; see also ED Mich LR 5.3.

## RELIEF REQUESTED

WHEREFORE, the Court is requested to overrule the objection of Defendants premised on FERPA and enter a reasonable order (without any sanctions) compelling Defendants to provide all the responsive information and documents without their proposed protective limitations.

| | |
|---|---|
| Date: December 22, 2021 | RESPECTFULLY SUBMITTED: |
| | /s/ Philip L. Ellison<br>**OUTSIDE LEGAL COUNSEL PLC**<br>**PHILIP L. ELLISON (P74117)**<br>PO Box 107, Hemlock, MI 48626<br>(989) 642-0055<br>pellison@olcplc.com |
| | **MATTHEW E. GRONDA** (P73693)<br>PO Box 70<br>St. Charles, MI 48655<br>(989) 249-0350<br>matt@matthewgronda.com |
| | Counsel for Plaintiff |

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

## CERTIFICATE OF SERVICE

I hereby certify that on date stated below, I filed the foregoing document with the ECF/CM system which will serve an email copy of the same to all counsel of record (at their email address of record) on the date stated below.

Date: December 22, 2021

RESPECTFULLY SUBMITTED:

/s/ Philip L. Ellison
**OUTSIDE LEGAL COUNSEL PLC**
**PHILIP L. ELLISON (P74117)**
Counsel for Plaintiff

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com