**schmidtmsteven**



3 likes

**schmidtmsteven** Glad this sicko is out of our school #assult #Blessed

1 DAY AGO



**4 likes**

**schmidtmsteven** Just #gangbanged my wife with 4 other men in the back of an Arby's #notmykid #14inches



**schmidtmsteven** Best sex in a Pet Smart #big #throbbing #14inches #raw

schmidtmsteven

schmidtmsteven · Follow

12 views

schmidtmsteven Might have to cheat on my wife 😜 😜 #big #14inches

**schmidtmsteven**



2 likes

**schmidtmsteven** Watch out guys, I am concerned for everyone's safety!

www.instagram.com

# schmidtmsteven

**Steven Schmidt**
Biology teacher at Freeland High School
1 Loving Wife #lovers married in 2016
Father of 2 beautiful twins #blessed and one 1 girl #growingup

11 posts | 18 followers | 22 following

schmidtmsteven • Follow

5:57

← **schmidtmsteven**

 schmidtmsteven • Follow ...



   

3 likes

**schmidtmsteven** Happy 3rd Anniversary to my beautiful wife! #loving #anniversary #STDs

HOURS AGO

    

  

< **schmidtmsteven**



♡ 💬 ⬆️ 🔖

**2 likes**

**schmidtmsteven** I will find and kill @_treyanderson__ im going to strangle him with my barehands until he is barely conscious, then let go. Once he is awake again im gonna run him over with my fucking car and crush is skull into a million pieces. #lol @elite_edge